**JUDGE RAMOS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

12 CV 5886

-------------------------------------------------------x

ALEXANDRA GARCIA, as Parent and
Natural Guardian o/b/o S.S., an Infant,

      Plaintiff,

  - against -

MICHAEL J. ASTRUE, as
Commissioner of Social Security,

      Defendant.

-------------------------------------------------------x

Civil Action No.
ECF Case

COMPLAINT

## PRELIMINARY STATEMENT

1.    This action is authorized by Section 205(g) and 1383(c)(3) of the Social Security Act,

42 U.S.C. 405(g), to review a final decision of the Commissioner of Social Security.

2.    Venue lies in the Southern District of New York pursuant to 42 U.S.C. §405(g) based

on the residency of the plaintiff.

3.    Plaintiff challenges the determination of the Commissioner that S.S., an infant, was

ineligible for Supplemental Security Income ("SSI") benefits effective July 9, 2008 within the

meaning of Title XVI of the Act.

4.    Plaintiff contends that the Commissioner's determination was arbitrary and

capricious, not supported by substantial evidence and contrary to law.

## PARTIES

5.    Plaintiff Alexandra Garcia, is the mother and natural guardian of S.S., an infant. They

reside in the Bronx, New York.

6.      Defendant Commissioner of Social Security is responsible for the administration of Title XVI of the Act, and the determination of claims and payment of benefits thereunder.

## FACTS

7.      S.S. was born in 1999, and is presently 13 years old.

8.      S.S. is a child who has been diagnosed with Attention Deficit-Hyperactivity Disorder, Inattentive Type ("ADHD"), borderline intellectual functioning, a learning disability, severe receptive/expressive language delays tested at two to three standard deviations below the mean, and clinical obesity.

9.      During the disability period in issue S.S. was treated for ADHD with medication therapy (Concerta 36 mg and Adderall XR 20 mg) by the Children's Neuroscience Center of St. Luke's-Roosevelt Hospital Center.

10.     During the disability period in issue S.S. has been in special education placed in successively restrictive classroom settings, with speech/language therapy and counseling as related services.

11.     In standardized testing S.S., then age 10-1, attained grade-equivalent scores of 2.0 in word reading, 1.9 in reading comprehension, and 1.5 in decoding – scores which demonstrated regression from her performance on the same battery of tests administered one year earlier.

12.     On July 9, 2008, when S.S. was nine years old, plaintiff applied for SSI benefits on her behalf, and the application was denied.

13.     On June 16, 2010, a hearing was held before ALJ John W. Noonan, at which plaintiff and S.S. appeared without counsel.

14.     On June 25, 2010, the ALJ issued an unfavorable decision.

15.     In his decision, the ALJ found that S.S. had a marked limitation in the domain of health and physical well-being, a finding supported by substantial evidence.

16.     In his decision, the ALJ found that S.S. had severe impairments including ADHD, obesity, learning disorder, and speech/language delays.

17.     In his decision, the ALJ found that S.S. has limitations in acquiring and using information, attending and completing tasks, interacting and relating with others, and moving about and manipulating objects – but that these limitations were "less than marked."

18.     The plaintiff, through counsel, timely requested review by the Appeals Council, and submitted additional new and material evidence for the administrative record, some of which was accepted as additional evidence, and some of which, with no explanation, was not accepted.

19.     By notice dated June 22, 2012, the Appeals Counsel denied review, making the ALJ's decision the final determination of the Commissioner.  A copy of the June 22, 2012 notice is attached hereto as Exhibit A.

20.     A notice of the Appeals Council's denial of review was sent to the plaintiff, but no notice was received by plaintiff's counsel, who therefore requested the Appeals Council to extend the time for the filing of a district court action.

## FIRST LEGAL CLAIM

21.     Since July 9, 2008 and continuously thereafter, S.S. has not engaged in substantial gainful activity.

22.     Since July 9, 2008 and continuously thereafter, S.S. has suffered from a medically determinable impairment or combination of impairments which are expected to last for a continuous period of at least 12 months and which result in marked and severe functional limitations.

23.     Since July 9, 2008 and continuously thereafter, S.S.'s impairments met or medically or functionally equaled the Listings.

24.     The determination of the Commissioner is not supported by substantial evidence, and is arbitrary, capricious and contrary to law.

## SECOND LEGAL CLAIM

25.     The ALJ failed to adequately develop the administrative record.

26.     Upon information and belief, the ALJ reached his unfavorable decision after holding an unreasonably short hearing, with an inadequate inquiry into the severity of S.S.'s impairments – in particular, her diagnosed ADHD severe receptive/expressive language delays.

27.     The ALJ issued his unfavorable decision without developing the documentary record of treatment of S.S.'s psychiatric and cognitive impairments, and without seeking opinion evidence from S.S.'s treating physician regarding the severity of these impairments.

## THIRD LEGAL CLAIM

28.     The ALJ committed legal error by failing to consider and accord appropriate weight to standardized language testing in the record as it impacted S.S.'s limitations in the domains of acquiring and using information and interacting and relating with others.

## FOURTH LEGAL CLAIM

29.     The ALJ committed legal error by failing to consider the cumulative and interactive effect of S.S.'s multiple impairments – particularly her severe receptive/expressive language delays and her borderline intellectual functioning.

## FIFTH LEGAL CLAIM

30.     The ALJ committed legal error by failing to adequately assess the effect of S.S.'s severe obesity in the functional domain of moving about and manipulating objects.

## SIXTH LEGAL CLAIM

31.     The Appeals Council erred by failing to add new and material evidence proffered by plaintiff's attorney: i.e., reports from S.S.'s treating physician, Steven M. Wolf, M.D., Children's Neuroscience Center of St. Luke's-Roosevelt Hospital Center, and a pharmacy medication printout covering a three-year span that included most of the disability period in issue.  Copies of these documents, with proof of timely transmission to the Appeals Council, are attached hereto as Exhibit B.

32.     The documentary evidence proffered to the Appeals Council should be deemed included in the administrative record herein.

## RELIEF REQUESTED

WHEREFORE, plaintiff respectfully prays that this Court:

1.     Assume jurisdiction of this action;

2.     Order that the documents timely proffered to the Appeals Council (Exhibit B) are new and material evidence and will be deemed included in the administrative record;

3.     Reverse the Commissioner's decision that S.S. is not disabled within the meaning of Title XVI of the Act, and award SSI benefits effective on and after July 9, 2008;

4.     In the alternative, pursuant to Sentence 4 of 42 U.S.C. § 405(g), remand this action for a new administrative proceeding, with the direction that the Commissioner's favorable finding below (S.S. has a marked limitation in the domain of health and physical well-being), is supported by substantial evidence and will not be disturbed upon remand;

5.     Award plaintiff reasonable attorney's fees and expenses pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d); and

6.     Award such other and further relief as to this Court may seem just and proper.

Dated: New York, New York
      July 30, 2012

MICHAEL D. HAMPDEN (MDH 2359)
PARTNERSHIP FOR CHILDREN'S RIGHTS
Attorney for Plaintiff
271 Madison Avenue, 17th Floor
New York, New York 10016
212-683-7999, ext. 226; Fax: 212-683-5544
mhampden@pfcr.org

# EXHIBIT A

## Notice of Appeals Council Denial of Review



**SOCIAL SECURITY ADMINISTRATION**

Refer to: TLC
███-██-8702

Office of Disability Adjudication
  and Review
5107 Leesburg Pike
Falls Church, VA 22041-3255
Telephone: (877) 670-2722
Date: June 22, 2012

## NOTICE OF APPEALS COUNCIL ACTION

Ms. S█████ ██████ S██████
C/O Alexandra Garcia
285 East 203rd Street
Apt 3
Bronx, NY 10458

This is about your request for review of the Administrative Law Judge's decision dated
June 25, 2010.

### We Have Denied Your Request for Review

We found no reason under our rules to review the Administrative Law Judge's decision.
Therefore, we have denied your request for review.

This means that the Administrative Law Judge's decision is the final decision of the
Commissioner of Social Security in your case.

### Rules We Applied

We applied the laws, regulations and rulings in effect as of the date we took this action.

Under our rules, we will review your case for any of the following reasons:

- The Administrative Law Judge appears to have abused his or her discretion.

- There is an error of law.

- The decision is not supported by substantial evidence.

- There is a broad policy or procedural issue that may affect the public interest.

- We receive new and material evidence and the decision is contrary to the weight of all the
  evidence now in the record.

### What We Considered

In looking at your case, we considered the reasons you disagree with the decision and the

additional evidence listed on the enclosed Order of Appeals Council.

We found that this information does not provide a basis for changing the Administrative Law Judge's decision.

## If You Disagree With Our Action

If you disagree with our action, you may ask for court review of the Administrative Law Judge's decision by filing a civil action.

If you do not ask for court review, the Administrative Law Judge's decision will be a final decision that can be changed only under special rules.

## How to File a Civil Action

You may file a civil action (ask for court review) by filing a complaint in the United States District Court for the judicial district in which you live. The complaint should name the Commissioner of Social Security as the defendant and should include the Social Security number(s) shown at the top of this letter.

You or your representative must deliver copies of your complaint and of the summons issued by the court to the U.S. Attorney for the judicial district where you file your complaint, as provided in rule 4(i) of the Federal Rules of Civil Procedure.

You or your representative must also send copies of the complaint and summons, by certified or registered mail, to the Social Security Administration's Office of the General Counsel that is responsible for the processing and handling of litigation in the particular judicial district in which the complaint is filed. The names, addresses, and jurisdictional responsibilities of these offices are published in the Federal Register (70 FR 73320, December 9, 2005), and are available on–line at the Social Security Administration's Internet site, http://policy.ssa.gov/poms.nsf/links/0203106020.

You or your representative must also send copies of the complaint and summons, by certified or registered mail, to the Attorney General of the United States, Washington, DC 20530.

## Time To File a Civil Action

- You have 60 days to file a civil action (ask for court review).

- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.

- If you cannot file for court review within 60 days, you may ask the Appeals Council to extend your time to file. You must have a good reason for waiting more than 60 days to ask for court review. You must make the request in writing and give your reason(s) in



S██████ █████ S█████ (███-██-8702)                           Page 3 of 3

the request.

You must mail your request for more time to the Appeals Council at the address shown at the top of this notice. Please put the Social Security number(s) also shown at the top of this notice on your request. We will send you a letter telling you whether your request for more time has been granted.

## About The Law

The right to court review for claims under Title II (Social Security) is provided for in Section 205(g) of the Social Security Act. This section is also Section 405(g) of Title 42 of the United States Code.

The right to court review for claims under Title XVI (Supplemental Security Income) is provided for in Section 1631(c)(3) of the Social Security Act. This section is also Section 1383(c) of Title 42 of the United States Code.

The rules on filing civil actions are Rules 4(c) and (i) in the Federal Rules of Civil Procedure.

## If You Have Any Questions

If you have any questions, you may call, write, or visit any Social Security office. If you do call or visit an office, please have this notice with you. The telephone number of the local office that serves your area is (877)619-2852. Its address is:

> Social Security Admin.
> 2720 Jerome Avenue
> Bronx, NY 10468-3522

/s/ *Dennis W. Ranker*
Dennis W. Ranker
Appeals Officer

Enclosure: Order of Appeals Council

cc: Michael D. Hampden
    271 Madison Ave.
    17th Floor
    New York, NY 10016

Social Security Administration
OFFICE OF DISABILITY ADJUDICATION AND REVIEW

### ORDER OF APPEALS COUNCIL

| **IN THE CASE OF** | **CLAIM FOR** |
|---|---|
| | Supplemental Security Income |
| S██████ ██████ S██████ | |
| (Claimant) | |
| | ███-██-8702 |
| (Wage Earner) | (Social Security Number) |

The Appeals Council has received additional evidence which it is making part of the record. That evidence consists of the following exhibits:

| | |
|---|---|
| Exhibit 8E | Michael Hampden, Representative's Brief. Dated July 26, 2010. |
| Exhibit 9E | Michael Hampden, Representative's Brief. Dated March 19, 2012. |
| Exhibit 10E | B. Jackson, Teacher Progress Report. Dated March 16, 2009. |
| Exhibit 11E | New York City Department of Education, Report to Families (including fifth grade records). Dated Sept. 2007 through June 2009. |
| Exhibit 12E | New York City Public Schools, Student Historical Profile Report (including State test scores). Dated February 7, 2011. |
| Exhibit 23F | Mandy Wolkoff, Psy.D., Psychoeducational Evaluation. Dated March 26, 2009. |
| Exhibit 24F | Attorney/Representative-Supplied Evidence, Annual Goals and Short-Term Objectives. Dated April 8, 2009, thorough June 2009. |

See Next Page

# EXHIBIT B

## New and Material Evidence Proffered
## To Appeals Counsel

＊ ＊ ＊ Communication Result Report ( Mar. 19. 2012 11:09AM ) ＊ ＊ ＊

1}
2}

Date/Time: Mar. 19. 2012 11:04AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 0886 | Memory TX | 18773100025 | P. 2 | OK | |

---

Reason for error
E. 1) Hang up or line fail          E. 2) Busy
E. 3) No answer                     E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

 

INSERT THIS END FIRST



Claimant Name:
Document Description:   Attorney/representative-Supplied Evidence
Undated:                X
Sensitive:              X



Exhibit 7
    ADHD Consultation Sheet, Steven M. Wolf, M.D., Children's Neuroscience Center,
    12/15/08

# CHILDREN'S NEUROSCIENCE CENTER

STEVEN M. WOLF, M.D.          PATTY MCGOLDRICK NP          MAITE LAVEGA M.D.

## ADHD CONSULTATION SHEET

PATIENT NAME: _____ _____

D.O.B: _____          Age: _____
D.O.V: 12-15-09
P.M.D.: _____
( ☐ Mail)

Dx: ☐ ADHD — Just ↑ Adderall betravatit

Current Meds: Adderall XR 20g QD

Side effect: ☐ Wt. Loss    ☐ Insomnia    ☐ Sedation    ☐ None
             ☐ Headache    ☐ Sleepiness   ☐ Rash
             ☐ Double vision ☐ Irritability              Appetite

Home issues: Sleep ok

School issues: No results yet since ↑
Start Bench Beh

Blood tests: _____

Physical examination    Wt. 158    Ht. _____    BP _____

M.S.: ☐ Alert and oriented for person place and time

CN: +/- Nystagmus    ☑ EOMI      ☐ PERRLA         MOTOR : ☐ Equal Strength
CEREBELLAR:          ☑ Dysmetria  ☐ Slow/Normal RAM
GAIT:                ☑ Stable     ☐ Unstable
☐ No change from prior exam.         ☐ Normal exam.

Assessment and Plan: Continue meds

RTC 3 months

R 3/2/09 @ 9 am

☐ Patient was seen and examined with resident.

Children's Neuroscience Center (DDC)
St. Luke's-Roosevelt Hospital Center
1000 Tenth Avenue - Winston Building - Ground fl.
New York, NY 10019

Tel: (212) 523-6230
Fax: (212) 523-6241

＊  ＊  ＊  Communication Result Report ( Mar. 19. 2012 11:11AM ) ＊  ＊  ＊

1)
2)

Date/Time: Mar. 19. 2012 11:05AM

| File No. Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|
| 0887 Memory TX | 18773100025 | P. 3 | OK | |

------------------------------------------------------------------------------

Reason for error
　E. 1) Hang up or line fail　　　　　　E. 2) Busy
　E. 3) No answer　　　　　　　　　　　E. 4) No facsimile connection
　E. 5) Exceeded max. E-mail size

  INSERT THIS END FIRST  

Claimant Name:
Document Description: AD15 representative-supplied Evidence
Undated: N
Sensitive: N



RQID:
SSN:

Exhibit 5
Child and Adolescent Health Examination Form, North Central Bronx Hospital Center, 10/15/07

4-402

# CHILD & ADOLESCENT HEALTH EXAMINATION FORM

NYC DEPARTMENT OF HEALTH & MENTAL HYGIENE — DEPARTMENT OF EDUCATION

Please Print Clearly Press Hard

STUDENT ID NUMBER / OSIS: 206745721

## TO BE COMPLETED BY PARENT OR GUARDIAN

Child's Last Name: ████████   First Name: ████████   Middle Name:   Sex: ☒ Female ☐ Male   Date of Birth (Month/Day/Year): █/█/1999

Child's Address: 285 E 203 #st

Hispanic/Latino? ☒ Yes ☐ No   Race (Check ALL that apply): ☐ American Indian ☐ Asian ☐ Black ☐ White ☐ Native Hawaiian/Pacific Islander ☐ Other

City/Borough: 285 E Bronx INT House   State:   Zip Code:   School/Center/Camp Name:   District Number:   Phone Numbers: Home (718) 220-1518   Cell:   Work:

Health Insurance (including Medicaid)? ☐ Yes ☐ No   ☒ Parent/Guardian ☐ Foster Parent   Last Name: Garria   First Name: Alexandra

## TO BE COMPLETED BY HEALTH CARE PROVIDER

**Birth history (age 0-5 yrs)**
☐ Uncomplicated ☐ Premature _____ weeks gestation
☐ Complicated by _____

**Allergies**
☒ None ☐ Epi pen prescribed
☐ Drugs (list)
☐ Foods (list)
☐ Other (list)

**Does the child/adolescent have a past or present medical history of the following?**
☐ Asthma (check severity and attach MAF/Asthma Action Plan): ☐ Intermittent ☐ Mild Persistent ☐ Moderate Persistent ☐ Severe Persistent
If persistent, check all current medication(s): ☐ Inhaled corticosteroid ☐ Other controller ☐ Quick relief med ☐ Oral steroid ☐ None
☒ Attention Deficit Hyperactivity Disorder ☐ Orthopedic injury/disability
☐ Chronic or recurrent otitis media ☐ Seizure disorder
☐ Congenital or acquired heart disorder ☒ Speech, hearing, or visual impairment
☒ Developmental/learning problem ☐ Tuberculosis (latent infection or disease)
☐ Diabetes (attach MAF) ☐ Other (specify)

Explain all checked items above or on addendum

**Medications** (attach MAF if in-school medication needed)
○ None ☒ Yes (list below)
Concerta, melatonin

**Dietary Restrictions**
○ None ○ Yes (list below)

## PHYSICAL EXAMINATION

Height: 165.74 cm (97 %ile)
Weight: 96.39 kg (%ile)
BMI: 35.09 kg/m²
Head Circumference (age ≤2 yrs) _____ cm (%ile)
Blood Pressure (age ≥3 yrs) 139/65

General Appearance: well appearing obesity

| | N Abnl | | N Abnl | | N Abnl | | N Abnl |
|---|---|---|---|---|---|---|---|
| HEENT | | Lymph nodes | | Abdomen | | Skin | |
| Dental | | Lungs | | Genitourinary | | Neurological | Language |
| Neck | | Cardiovascular | | Extremities | | Back/spine | Behavioral |

Describe abnormalities: acanthosis

## DEVELOPMENTAL (age 0-5 yrs) ☐ Within normal limits

If delay suspected, specify below:
☐ Cognitive (e.g. play skills)
☒ Communication/Language Speech delay
Social/Emotional ADHD
Adaptive/Self-Help
Motor

### SCREENING TESTS

| | Date Done | Results |
|---|---|---|
| Blood Lead Level (BLL) (required at age 1 yr and 2 yrs and for those at risk) | | ___ µg/dL ___ µg/dL |
| Lead Risk Assessment (annually, age 6 mo-6 yrs) | | ○ At risk (do BLL) ○ Not at risk |
| Hearing ○ Pure tone audiometry ○ OAE | 5/3/10 | ○ Normal ○ Abnormal |
| Hemoglobin or Hematocrit (age 9-12 mo) | | ___ g/dL ___ % |

### Tuberculosis (Only required for students entering intermediate/middle/junior or high school who have not previously attended any NYC public or private school)

| | Date Done | Results |
|---|---|---|
| PPD/Mantoux placed | | Induration ___ mm |
| PPD/Mantoux read | | ○ Neg ○ Pos |
| Interferon Test | | ○ Neg ○ Pos |
| Chest x-ray (if PPD or Interferon positive) | | ○ Nl ○ Not Indicated ○ Abnl |

Vision (required for new school entrants and children age 4-7 yrs) 5/3/10 ☐ with glasses
Acuity Right 20/20 Left 20/20
Strabismus ○ No ○ Yes

## IMMUNIZATIONS – DATES   OR Number of Child

| | | | |
|---|---|---|---|
| Hep B | █/█/99 | 6/29/99 | 6/20/20 |
| DTP/DTaP/DT | 6/27/99 | 6/29/99 | 9/10/99 |
| | 6/02/00 | 6/14/04 | |
| PCV | █/█/99 | 6/29/99 | 6/20/00 |
| | 4/27/99 | 6/29/99 | 6/2/00 | 6/14/04 |
| MMR | 2/10/00 | 7/25/03 | |
| | 2/10/00 | 10/15/07 | |
| Td | 5/3/10 | 10/15/07 | 7/17/08 |
| Meningococcal | 5/3/10 | | |
| Other, specify | | | |

## RECOMMENDATIONS  ☒ Full physical activity  ☒ Full diet

Restrictions (specify):
Follow-up Needed ☐ No ☐ Yes, for _____ Appt. date: _____
Referral(s): ☐ None ☐ Early Intervention ☐ Special Education ☐ Dental ☐ Vision
☐ Other: ADM

## ASSESSMENT  ☒ Well Child (V20.2)  ○ Diagnoses/Problems (list)   ICD-9 Code

obesity
ADHD
learning problems

Health Care Provider Signature: _____ Date: 5/8/10
Health Care Provider Name and Degree (print): Fl-Lapusky, MD
Facility Name: North Central Bronx Hospital Center
Address: 424 Kossuth Avenue & 210th Street   City: Bronx   State: NY   Zip: 10467
Telephone: 718-918-5700   Fax: 718-918-5147

Provider License No. and State: 240579
National Provider Identifier (NPI):

DOHMH ONLY

# NEW ADMISSION EXAMINATION FORM

DEPT. OF HEALTH & MENTAL HYGIENE — DEPT. OF EDUCATION
**Return in 2 Weeks. Please Print Clearly / Press Hard**

**HEALTH MESSAGE**

STUDENT ID # / OSIS

*See Reverse Side*

## TO BE COMPLETED BY THE PARENT OR GUARDIAN

STUDENT LAST NAME: ~~[redacted]~~   FIRST NAME: ~~[redacted]~~   MIDDLE

SEX: ☐ Male ☐ Female   BIRTHDAY: MONTH DAY YEAR — 9 _ _

RACE/ETHNICITY (Check all that apply): ☐ Hispanic ☐ Asian ☐ Black ☐ American Indian ☐ White ☐ Other

☐ PARENT ☐ GUARDIAN ☐ FOSTER PARENT
LAST NAME: Garcia   FIRST NAME: Alexandra
STUDENT ADDRESS: 2856 203 St   APT./FL.: 3   ZIP: 10458
TELEPHONE NO. HOME: 718-220-1518   WORK: ( )

SCHOOL: DISTRICT | NUMBER
☐ Public Elem ☐ Public H.S. ☐ Public JHS/MS ☐ Non-Public
SCHOOL NAME: P.S. 54   ☐ Annex 1 ☐ Annex 2

Does this child have any form of health insurance, including Medicaid or Child Health Plus? ☐ Yes ☐ No

## TO BE COMPLETED BY THE HEALTH CARE PROVIDER

*If yes to any item, provide*

Does the student have a past or present medical history of the following?

| | PRES. PAST NO. | | | PRES. PAST NO. | | | PRES. PAST NO. | | DATE | DETAILS |
|---|---|---|---|---|---|---|---|---|---|---|
| ASTHMA (if present, attach medication administration form) | ☐ ☐ ☑ | Diabetes (if present attach medication administration form) | ☐ ☐ ☑ | Speech Problems | ☐ ☐ ☑ | | | 3 mo. fever |
| Allergies | ☐ ☐ ☑ | Cancer | ☐ ☐ ☑ | Hospitalizations | ☐ ☐ ☑ | | | |
| | | | Orthopedic Problems | ☐ ☐ ☑ | Surgery | ☐ ☐ ☑ | | | |
| Congenital Heart Disease | ☐ ☐ ☑ | Vision Problems | ☐ ☐ ☑ | Serious Illness | ☐ ☐ ☑ | | | |
| Seizures | ☐ ☐ ☑ | Hearing Problems | ☐ ☐ ☑ | Serious Accidents | ☐ ☐ ☑ | | | |
| | | | | | Other Problems/Limitations | ☐ ☐ ☑ | | | |

**PHYSICAL EXAMINATION:** HEIGHT 146 cm (%ile) WEIGHT 127 lb (%ile) BMI (%ile) BLOOD PRESSURE 110/100

GENERAL APPEARANCE (NUTRITIONAL STATUS): well appearing obese

| NL AB | | NL AB | | NL AB | | NL AB | | NL AB | |
|---|---|---|---|---|---|---|---|---|---|
| ☑ ☐ | HEENT | ☐ ☐ | LYMPH NODES | ☐ ☐ | ABDOMEN | ☐ ☐ | BACK | ☐ ☐ | GROSS MOTOR |
| ☑ ☐ | DENTAL STATUS | ☐ ☐ | LUNGS | ☐ ☐ | GENITO URINARY | ☐ ☐ | SKIN | ☐ ☐ | PSYCHO/SOCIAL DEV. |
| ☐ ☐ | NECK | ☐ ☐ | CARDIOVASCULAR | ☐ ☐ | EXTREMITIES | ☐ ☐ | NEURO | ☐ ☐ | LANGUAGE |
| | | | | | | | | ☐ ☐ | BEHAVIORAL |
| | | | | | | | | ☐ ☐ | FINE MOTOR |

DESCRIBE ABNORMALITIES:

| Hearing | DATE | RESULTS | Vision | | FAR | NEAR | | Note: Screening for Amblyopia requires separate distance acuity measurements in each eye and a fusion test. |
|---|---|---|---|---|---|---|---|---|
| AUDIO/SWEEP | 10/15/07 | ☑P ☐F | | Right | 20/40 | 20/40 | FUSION ☑P ☐F | |
| THRESHOLD | 10/15/07 | ☑P ☐F | | Left | 20/40 | 20/40 | COLOR ☑P ☐F | |
| | | | DATE 10/15/07 | Both | | | | |

## TB: Only required for students newly entering the NYC school system in intermediate/Middle/Junior or High School

MANTOUX (PPD) IMPLANTED: DATE 6/14/04   RESULTS ☑ NEGATIVE ☐ POSITIVE _ MM   READ

BLOOD-BASED TB TEST: RESULTS ☐ POS ☐ NEG   Name ___ Date ___   DATE RESULTS

Chest X-ray: ☐ Normal ☐ Abnormal ☐ Not indicated / / 
BCG: ☐ YES ☐ NO / / 
On INH: ☐ YES ☐ NO / /

## LEAD:

Risk Assessment: DATE DONE 10/15/07   RESULTS ☑ No Risk ☐ At Risk
If at risk, do venous lead screening: DATE DONE ___ RESULTS ___

## IMMUNIZATION — DATES

Citywide immunization Registry no.

| | | | | | | |
|---|---|---|---|---|---|---|
| DPT/DTaP or DT or Td | 4/27/99 | 6/29/99 | 9/10/99 | 6/12/00 | 6/14/04 | |
| IPV/OPV | 4/27/99 | 6/29/99 | 6/12/00 | 6/14/04 | | |
| Hepatitis B | 2/5/99 | 6/29/99 | 6/20/06 | | | |
| HiB | 2/5/99 | 6/29/99 | 6/20/06 | | | |
| MMR | 2/10/00 | 7/25/03 | | | | |
| VZV | 2/10/00 | 10/15/07 | | | | |

Other: / / / / 

May provide copy of CIR print out in lieu of completing this section. Must complete CIR Number above.

## DIAGNOSES — If Asthma, indicate severity

☑ Well Child V202

| | | ICD CODE |
|---|---|---|
| 1. | Obesity | |
| 2. | | |
| 3. | | |

DATE OF EXAM: 10/15/07   MONTH DAY YEAR

Physician Signature
Physician Name (Print): H. Lawskyns
Address: North Central Bronx Hospital ... Services ... Kossuth Avenue 10467
Telephone: 718-...-...

OFFICE ONLY: PROVIDER I.D.
TYPE OF EXAMINATION: ☐ NAE Current ☐ NAE Prior Years
Comments:

## RECOMMENDATIONS/REFERRALS

☑ FULL PHYSICAL ACTIVITY   ☐ RESTRICTIONS
Specify limitations and/or special alerts (i.e. allergies, medications, precautions)

North Central Bronx Hospital
Pediatric Outpatient Services
3424 Kossuth Avenue
Bronx, NY 10467

Type of facility: ☐ HHC Child Health Clinic ☐ Private Practice ☐ School-Based Clinic ☐ HHC Communicare Clinic ☐ Comm. Health Center ☐ OTHER ☐ HHC Hosp. Clinic ☐ Vol. Hosp. Clinic ☐ SHP in School

Copies: White (Medical Room), Canary (Region)

211S (REV. 2/07)

P. 1

✳ ✳ ✳ Communication Result Report ( Jun. 13. 2012 11:26AM ) ✳ ✳ ✳

1)
2)

Date/Time: Jun. 13. 2012 11:18AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 1056 | Memory TX | 17036057391 | P. 5 | OK | |

Reason for error
E. 1) Hang up or line fail          E. 2) Busy
E. 3) No answer                     E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

PARTNERSHIP FOR CHILDREN'S RIGHTS
171 MADISON AVENUE • 17TH FLOOR • NEW YORK, NY 10016
TELEPHONE (212) 683-7999 • FAX (212) 683-5544

FAX COVER SHEET

TO: Appeals Council          FAX: 703-605-7391

FROM: MICHAEL D. HAMPDEN, voice tel. no. 212-683-7999, ext. 226

DATE: 6/13/12          PAGES: 5 (including cover)

RE: ~~S██████~~  ~~S██████~~
    ~~████~~ - 870.2

CONFIDENTIALITY NOTE: This facsimile is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution, or copying this facsimile or the information herein by anyone other than the intended recipient is prohibited. If you have received this facsimile in error, please notify us immediately by telephone.



**PARTNERSHIP FOR
CHILDREN'S RIGHTS**

June 13, 2012

Appeals Council
Social Security Administration
Office of Hearings and Appeals
5107 Leesburg Pike
Falls Church, VA 22041-3255
Attn: Branch 9, Suite 905

Re:     S███████ ████ S████
        ███-██-8702

Dear Administrative Appeals Judges:

      On July 26, 2010, I wrote to you on behalf of Alexandra Garcia, the parent of the infant claimant S███████. S████, requesting review of the unfavorable June 25, 2010 Administrative Law Judge decision, affirming the denial of the SSI application made on behalf of the child.

      On January 10, 2012, I sent a letter asking that the case be designated "Critical" since 18 months had passed since the request for review.

      On February 23, 2012 you sent me notice that the case would be decided shortly, and affording me 25 days to submit a statement in support of the appeal and new evidence.

      On March 19, 2012 I submitted the claimant's statement in support of the appeal and new evidence.

      **Since the Appeals Council's decision has not yet been issued, I am enclosing herewith additional evidence to be added to the administrative record that is both new and material: i.e., a 2-page pharmacy printout of S███████'s medications from November 4, 2008 to the present.  This exhibit establishes that throughout the disability period in issue, and to the present day, S███████ has been receiving prescribed medications for the treatment of her ADHD.**

      Three more months have now elapsed and no decision has been issued.  Please give this case your priority since nearly four years have elapsed since the SSI application, and nearly two years have elapsed since the request for review by the Appeals Council was made.

1

Sincerely,

Michael D. Hampden
Attorney for Claimant

BY FAX AT 703-605-7391

cc:
Alexandra Garcia
285 East 203rd Street, #3
Bronx, NY 10458
(By First Class Mail)

2

# LEROY PHARMACY II, LLC

### 245 EAST 198TH STREET  BRONX, NY 10458
Phone : 718-220-7600      Fax : 718-220-7618

**Patient Profile**     Date Range: 1/1/2008 - 6/13/2012

Page 1 of 2

I certify that this form is correct and I have received the drugs below.

Name : S███████, S█████████
Address : 285 EAST 203RD 3  BRONX, NY 10458
Phone # : 718-220-1518       DOB : ██-██-1999
Allergy : No Known Allergies

X_____

| Date | Rx # | Drug Name | Quantity | Days | Ref | NDC # | RPh | Prescriber Name | Patient Paid | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 04-2008 | 289830 | ADDERALL XR 10MG CAP | 30 | 30 | 0 | 54092-0383-01 | HP | TALBOTT, MAITE ** | 0.00 | 146.14 |
| 04-2008 | 294902 | ADDERALL XR 20MG CAP | 30 | 30 | 0 | 54092-0387-01 | KMS | WOLF, STEVERT M | 0.00 | 146.14 |
| 30-2008 | 299145 | ADDERALL XR 20MG CAP | 30 | 30 | 0 | 54092-0387-01 | KMS | WOLF, STEVERT M | 0.00 | 174.67 |
| 03-2009 | 304691 | ADDERALL XR 20MG CAP | 30 | 30 | 0 | 54092-0387-01 | KMS | WOLF, STEVERT M | 0.00 | 174.67 |
| 06-2008 | 310700 | ADDERALL XR 20MG CAP | 30 | 30 | 0 | 54092-0387-01 | KMS | WOLF, STEVERT M | 0.00 | 174.67 |
| 02-2008 | 315585 | ADDERALL XR 20MG CAP | 30 | 30 | 0 | 54092-0387-01 | KMS | WOLF, STEVERT M | 0.00 | 174.67 |
| 07-2009 | 321977 | ADDERALL XR 20MG CAP | 30 | 30 | 0 | 54092-0387-01 | KMS | WOLF, STEVERT M | 0.00 | 14.31 |
| 08-2009 | 322138 | AMOXICILLIN 400MG/5ML | 150 | 10 | 0 | 00781-6157-57 | KMS | DUFFEY, ROBERT | 0.00 | 16.26 |
| 26-2009 | 325550 | IBUPROFEN CHILDREN'S 1 | 120 | 2 | 2 | 00904-5309-20 | KMS | SEIDLER-LISS, ALI | 0.00 | 48.56 |
| 26-2009 | 325551 | GEN AUGMENTIN 400/5 SU | 200 | 10 | 0 | 66685-1012-02 | KMS | SEIDLER-LISS, ALI | 0.00 | 174.67 |
| 08-2009 | 328551 | ADDERALL XR 20MG CAP | 30 | 30 | 0 | 54092-0387-01 | KMS | WOLF, STEVERT M | 0.00 | 191.79 |
| 10-2009 | 334202 | ADDERALL XR 20MG CAP | 30 | 30 | 0 | 54092-0387-01 | KMS | WOLF, STEVERT M | 0.00 | 16.26 |
| 27-2009 | 325550 | IBUPROFEN CHILDREN'S 1 | 120 | 2 | 1 | 00904-5309-20 | KMS | SEIDLER-LISS, ALI | 0.00 | 191.79 |
| 31-2009 | 343160 | ADDERALL XR 20MG CAP | 30 | 30 | 0 | 54092-0387-01 | KMS | WOLF, STEVERT M .. | 0.00 | 184.25 |
| 12-2009 | 351231 | ADDERALL XR 20MG CAP | 30 | 30 | 0 | 54092-0387-01 | KMS | WOLF, STEVERT M | 0.00 | 184.25 |
| 10-2009 | 357120 | ADDERALL XR 20MG CAP | 30 | 30 | 0 | 54092-0387-01 | KMS | WOLF, STEVERT M | 0.00 | 184.25 |
| 08-2009 | 360145 | ADDERALL XR 20MG CAP | 30 | 30 | 0 | 54092-0387-01 | KMS | WOLF, STEVERT M | 0.00 | 184.25 |
| 07-2010 | 366435 | ADDERALL XR 20MG CAP | 30 | 30 | 0 | 54092-0387-01 | KMS | FRANCIS, MITZIE * | 0.00 | 14.00 |
| 26-2010 | 371690 | AMOXICILLIN 875 MG TABL | 20 | 10 | 0 | 00781-5061-20 | KMS | WOLF, STEVERT M | 0.00 | 184.25 |
| 04-2010 | 373797 | ADDERALL XR 20MG CAP | 30 | 30 | 0 | 50458-0585-01 | KMS | WOLF, STEVERT M | 0.00 | 137.25 |
| 15-2010 | 380772 | CONCERTA 18MG TAB | 30 | 30 | 0 | 50458-0585-01 | KMS | PINEDO, VINCENT | 0.00 | 31.76 |
| 07-2010 | 385292 | CLINDAMYCIN 300MG CAP | 30 | 10 | 0 | 59762-5010-02 | KMS | PINEDO, VINCENT | 0.00 | 5.54 |
| 07-2010 | 385293 | IBUPROFEN 400 MG TAB | 30 | 7 | 0 | 55111-0682-05 | KMS | PINEDO, VINCENT | 0.00 | 137.25 |
| 12-2010 | 388354 | CONCERTA 18MG TAB | 30 | 30 | 0 | 50458-0585-01 | KMS | LAWSKY-SCHEER, | 0.00 | 5.58 |
| 03-2010 | 390768 | NYSTATIN CREAM 15GM | 15 | 10 | 1 | 00168-0054-15 | KMS | LAWSKY-SCHEER, | 0.00 | 5.56 |
| 11-2010 | 390768 | NYSTATIN CREAM 15GM | 15 | 10 | 0 | 00168-0054-15 | KMS | SEIDLER-LISS, ALI | 0.00 | 8.68 |
| 17-2010 | 393622 | FLUCONAZOLE 100 MG TA | 14 | 14 | 0 | 63304-0804-01 | KMS | SEIDLER-LISS, ALI | 0.00 | 5.78 |
| 17-2010 | 393623 | CLOTRIMAZOLE 1 % CREA | 30 | 15 | 0 | 45802-0434-11 | KMS | WOLF, STEVERT M | 0.00 | 137.25 |
| 01-2010 | 396299 | CONCERTA 18MG TAB | 30 | 30 | 0 | 50458-0585-01 | KMS | MCGOLDRICK, PAT | 0.00 | 144.92 |
| 15-2010 | 404629 | CONCERTA 36MG TAB | 30 | 30 | 0 | 50458-0586-01 | KMS | MCGOLDRICK, PAT | 0.00 | 144.92 |
| 23-2010 | 411156 | CONCERTA 36MG TAB | 30 | 30 | 0 | 50458-0586-01 | HP | MCGOLDRICK, PAT | 0.00 | 144.92 |
| 29-2010 | 418084 | CONCERTA 36MG TAB | 30 | 30 | 0 | 50458-0586-01 | HP | MARGULIS, KEITH | 0.00 | 8.00 |
| 29-2010 | 418091 | GEN PERIDEX MOUTH WA | 473 | 20 | 0 | 00472-0036-16 | KMS | MARGULIS, KEITH | 0.00 | 11.76 |
| 29-2010 | 418092 | IBUPROFEN CHILDREN'S 1 | 120 | 5 | 2 | 00904-5309-20 | KMS | MARGULIS, KEITH | 0.00 | 11.76 |
| 09-2010 | 418092 | IBUPROFEN CHILDREN'S 1 | 120 | 5 | 1 | 00904-5309-20 | KMS | MARGULIS, KEITH | 0.00 | 175.85 |
| 09-2010 | 426521 | CONCERTA 54MG TAB | 30 | 30 | 0 | 50458-0587-01 | KMS | WOLF, STEVERT M | 0.00 | 953.84 |
| 13-2010 | 433559 | CONCERTA 36MG TAB | 180 | 90 | 0 | 50458-0586-01 | KMS | WOLF, STEVERT M | 0.00 | 11.76 |
| 14-2010 | 418092 | IBUPROFEN CHILDREN'S 1 | 120 | 5 | 0 | 00904-5309-20 | KMS | MARGULIS, KEITH | 0.00 | 3.88 |
| 29-2011 | 442973 | IBUPROFEN 200 MG TABL | 60 | 7 | 0 | 00904-7915-40 | KMS | FRANCIS, MITZIE * | 0.00 | 8.00 |
| 29-2011 | 442975 | CHLORHEXIDINE GLUC OR | 473 | 16 | 0 | 00116-2001-16 | KMS | FONJU, PAMELA ** | 0.00 | 8.53 |
| 31-2011 | 456371 | APAP W/COD ELIXIR | 120 | 7 | 1 | 00121-0504-16 | KMS | WOLF, STEVENMA | 0.00 | 351.84 |
| 09-2011 | 458461 | CONCERTA 36MG TAB | 60 | 30 | 0 | 50458-0586-01 | KMS | ALCOTT, LISA ***** | 0.00 | 6.57 |
| 11-2011 | 458801 | IBUPROFEN 400 MG TAB | 60 | 15 | 2 | 55111-0682-05 | KMS | ALCOTT, LISA ***** | 0.00 | 6.57 |
| 25-2011 | 458801 | IBUPROFEN 400 MG TAB | 60 | 15 | 1 | 55111-0682-05 | KMS | ALCOTT, LISA ***** | 0.00 | 0.65 |
| 28-2011 | 462499 | FERROUS SULFATE 325 M | 30 | 30 | 5 | 00677-0071-10 | KMS | RIVLIN, KENNETH | 0.00 | 8.56 |
| 28-2011 | 462501 | APAP W/COD ELIXIR | 240 | 6 | 0 | 00121-0504-16 | KMS | RIVLIN, KENNETH | 0.00 | 351.84 |
| 24-2011 | 458561 | CONCERTA 36MG TAB | 60 | 30 | 0 | 50458-0586-01 | BAN | ALCOTT, LISA ***** | 0.00 | 6.57 |
| 29-2011 | 458801 | IBUPROFEN 400 MG TAB | 60 | 15 | 0 | 55111-0682-05 | BAN | ALCOTT, LISA ***** | 0.00 | 0.65 |
| 29-2011 | 462499 | FERROUS SULFATE 325 M | 30 | 30 | 4 | 00677-0071-10 | BAN | RIVLIN, KENNETH | 0.00 | 5.90 |
| 30-2011 | 456371 | APAP W/COD ELIXIR | 120 | 7 | 0 | 00121-0504-16 | BAN | FONJU, PAMELA ** | 0.00 | 5.90 |

(continued on next page)

# LEROY PHARMACY II, LLC

245 EAST 198TH STREET  BRONX, NY 10458
Phone : 718-220-7600    Fax : 718-220-7618

## atient Profile    Date Range: 1/1/2008 - 6/13/2012                                    Page 2 of 2

ne    : S▮▮▮▮▮▮, S▮▮▮▮▮▮▮▮           I certify that this form is correct and I have received the drugs below.
dress : 285 EAST 203RD 3  BRONX, NY 10458
one # : 718-220-1518      DOB :▮▮-▮▮-1999      X_____
ergy  : No Known Allergies

| Date | Rx # | Drug Name | Quantity | Days | Ref | NDC # | RPh | Prescriber Name | Patient Paid | Total |
|------|------|-----------|----------|------|-----|-------|-----|-----------------|--------------|-------|
| 28-2011 | 462499 | FERROUS SULFATE 325 M | 30 | 30 | 3 | 00677-0071-10 | KMS | RIVLIN, KENNETH | 0.00 | 0.65 |
| 28-2011 | 472405 | GEN CONCERTA 36MG TA | 60 | 30 | 0 | 00591-2717-01 | KMS | WOLF, STEVENMA | 0.00 | 285.09 |
| 01-2011 | 462499 | FERROUS SULFATE 325 M | 30 | 30 | 2 | 00677-0071-10 | KMS | RIVLIN, KENNETH | 0.00 | 0.65 |
| 01-2011 | 481854 | GEN CONCERTA 36MG TA | 60 | 30 | 0 | 00591-2717-01 | KMS | WOLF, STEVENMA | 0.00 | 285.09 |
| 12-2011 | 462499 | FERROUS SULFATE 325 M | 30 | 30 | 1 | 00677-0071-10 | KMS | RIVLIN, KENNETH | 0.00 | 0.65 |
| 12-2011 | 489708 | GEN CONCERTA 36MG TA | 60 | 30 | 0 | 00591-2717-01 | KMS | WOLF, STEVENMA | 0.00 | 284.09 |
| 18-2011 | 497652 | GEN CONCERTA 36MG TA | 60 | 30 | 0 | 00591-2717-01 | KS | WOLF, STEVENMA | 0.00 | 322.06 |
| 27-2011 | 506142 | GEN CONCERTA 36MG TA | 60 | 30 | 0 | 00591-2717-01 | KMS | WOLF, STEVENMA | 0.00 | 0.00 |
| 13-2012 | 523084 | VYVANSE 60 MG CAPSULE | 30 | 30 | 0 | 59417-0106-10 | KMS | MCGOLDRICK, PAT | 0.00 | 162.34 |
| 21-2012 | 531347 | VYVANSE 60 MG CAPSULE | 30 | 30 | 0 | 59417-0106-10 | KS | MCGOLDRICK, PAT | 0.00 | 162.34 |
| 14-2012 | 543042 | VYVANSE 60 MG CAPSULE | 30 | 30 | 0 | 59417-0106-10 | KMS | MCGOLDRICK, PAT | 0.00 | 162.34 |
| Prescriptions on this Report | | | | | | | | Totals : | 0.00 | 7,230.85 |