UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GARCIA,

               Plaintiff,                      12 Civ. 5886 (NSR)(LMS)

  -against-

COLVIN,

               Defendant.
-------------------------------------------------------------X
LISA MARGARET SMITH, U.S.M.J.

      The undersigned is in receipt of a letter from Plaintiff dated July 15, 2014, inquiring about the status of the above-referenced matter. In the past several months, this District Court has been confronted with an increase in the number of Social Security cases pending on its docket that is so substantial that it has necessitated the appointment of attorneys from the Social Security Administration to act as Special Assistant United States Attorneys to handle these cases. Thus, although the undersigned regrets that the cross-motions in this case have yet to be decided, they are among many that are pending and shall be decided in due course.

Dated: July 21, 2014
       White Plains, New York

                                                SO ORDERED,

                                                Lisa Margaret Smith
                                                United States Magistrate Judge
                                                Southern District of New York