UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 23, 2015
```

-------------------------------------------------------------------X
                                                        :
ALEXANDRA GARCIA o/b/o S.H.S.,                          :
                                                        :
                                    Plaintiff,          :           12-cv-5886
                                                        :
                  -v-                                   :           ORDER
                                                        :
CAROLYN COLVIN, as Commissioner of Social              :
Security,                                               :
                                                        :
                                    Defendant.          X
-------------------------------------------------------------------

KATHERINE B. FORREST, District Judge:

        The Court is almost done with its decision—however, it will not be done by

Wednesday.  The Court expects to issue it Monday or Tuesday of the following

week.

        SO ORDERED.

Dated:        New York, New York
              November 23, 2015


                                        _____
                                              KATHERINE B. FORREST
                                              United States District Judge